# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GERRY WILSON,<br><br>         Plaintiff,<br>v.<br><br>JACOB SMETANA,<br><br>         Defendant. | Case No. 16-CV-913-JPS<br><br>**ORDER** |

On September 7, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #37). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #37) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice and without costs.**

Dated at Milwaukee, Wisconsin, this 8th day of September, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge